AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

United States of America

v.

**LUIS ANTONIO LOJA QUIZHPI,**
**a/k/a LUIS LOJA**

*Defendant*

Case No. 25-MJ-1383

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 26, 2025, in the County of Cattaraugus, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

**MATTHEW H RADO** — Digitally signed by MATTHEW H RADO
Date: 2025.09.26 14:52:46 -04'00'

*Complainant's signature*

Matthew H. Rado
Special Agent
Homeland Security Investigations

*Printed name and title*

Sworn to before me and signed telephonically.

Date: September 26, 2025

*Judge's signature*

City and State: Buffalo, New York

Honorable Jeremiah J. McCarthy
United States Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK      )
COUNTY OF ERIE         )   SS:
CITY OF BUFFALO        )

I, **Matthew H. Rado**, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations, (HSI), stationed in Buffalo, New York. I have been so employed since December 2011. In such capacity, my duties include investigating individuals suspected of violating federal immigration laws and other related federal statutes and crimes.

2. As a part of my current duties with HSI, I investigate violations of the Immigration and Nationality Act and violations of the United States Code, including violations of Title 8, United States Code, Section 1326(a), regarding the unlawful re-entry of previously removed aliens.

3. As a Special Agent (SA), I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with the authority to affect arrests and execute criminal complaints and warrants issued under the authority of the United States.

4. I make this affidavit in support of a criminal complaint charging Luis Antonio LOJA-QUIZHPI (LOJA-QUIZHPI), a/k/a/ Luis LOJA, with a violation of Title 8, United States Code, Section 1326(a), regarding the unlawful re-entry of previously removed alien. LOJA-QUIZHPI, is an alien, not a citizen or national of the United States, born in 1985, in

Ecuador, with being found in the United States without the expressed consent of the Attorney General of the United States or the Department of Homeland Security, after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326(a).

5.   This affidavit is being submitted for a limited purpose, that is, a probable cause determination. Therefore, I have not presented all the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Section 1326(a). The facts in this affidavit come from my personal observations, my training and experience, my review of database checks and official records, and information obtained from law enforcement officers and witnesses.

## PROBABLE CAUSE

6.   On February 28, 2025, Homeland Security Investigations (HSI) Buffalo discovered Luis Antonio LOJA-QUIZHPI; DOB: 03/28/1985; A#: XXXXXX997; is currently unlawfully present in the United States as a reinstate/re-entry. Initial investigations revealed LOJA-QUIZHPI is the owner of "Tonny Contractor," a Roofing, Masonry, Siding, Windows, Doors, Chimney, Gutters, Masonry company registered in New Jersey and based in Olean, New York.

7.   LOJA-QUIZHPI is currently living in Olean, New York. Cattaraugus County (New York) records reveal LOJA-QUIZHPI owns this property along with another individual.   His FBI Number is XXXXXXMC6.   His FINS Number is XXXXXXX100.

He is approximately 5'0" tall and 120 pounds, with brown hair. His criminal history includes a re-entry into the United States after having been ordered removed by an Immigration Judge.

8. During the arrest of another reinstate-reentry individual on June 5, 2025, the arrested subject informed agents that his relative is Luis Antonio LOJA-QUIXHPI, owner of Tonny Contractor and currently residing in Olean, New York.

9. On September 26, 2025, HSI, with the assistance of Immigration and Customs Enforcement Office of Enforcement and Removal Operations (ICE ERO) Buffalo Field Office and members of a Fugitive Operations Team, conducted a targeted enforcement action in Olean, New York, to locate and arrest an alien present in the United States illegally, LOJA-QUIZHPI, in Olean, New York, within the Western District of New York. Agents observed a male subject matching the description of the target, approximately 5'0" tall and 120 pounds, with brown hair, exit his residence in Olean and proceed to enter his blue Ford F-150 pick-up truck along with another male subject. LOJA-QUIZHPI departed his residence with agents loosely following behind. Agents remained following LOJA-QUIZHPI out of Olean and into Hinsdale via New York State Route 16 North. Agents followed behind LOJA-QUIZHPI as he turned onto New York State Route 446 before turning right onto Underwood Road. Agents initiated a traffic stop on Underwood Road in the town of Hinsdale, New York. Agents approached the subjects with Police/ICE identifiers on their outer clothing and asked the subjects to identify themselves.

10. During the traffic stop, LOJA-QUIZHPI was positively identified. Immigration record checks were conducted on the scene by ICE ERO, and it was determined that LOJA-QUIZHPI is a citizen and national of Ecuador who was present in the United

States illegally and did not possess the proper documentation to remain in the United States. LOJA-QUIZHPI was taken into custody without incident by agents and transported to the Border Patrol Station in Buffalo, New York, for further processing.

11. A complete set of fingerprints were electronically captured from LOJA-QUIZHPI and submitted for processing. This set of fingerprints produced a positive biometric match with Alien Registration Number XXXXXX997 and an FBI number of XXXXXMC6 relating to LOJA-QUIZHPI, a native and citizen of Ecuador.

12. A review of the documents contained in the Alien Registration file of LOJA-QUIZHPI revealed the following:

   a. LOJA-QUIZHPI is a citizen and native of Ecuador.
   b. On September 21, 2007, LOJA-QUIZHPI was ordered removed by an Immigration Judge in Hartford, Connecticut.
   c. On November 1, 2007, LOJA-QUIZHPI was served a warning to aliens ordered removed or deported.
   d. On November 2, 2007, LOJA-QUIZHPI was physically removed via plane from New York.

13. A review of the electronic benefit records and a review of LOJA-QUIZHPI's alien file failed to reveal that LOJA-QUIZHPI had applied for or received any authorization or approval from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

**WHEREFORE**, based on the foregoing, I respectfully submit that there is probable cause to believe that Luis Antonio LOJA-QUIZHPI did commit the offense of re-entry after deportation or removal in violation of Title 8, United States Code, Section 1326(a), in that LOJA-QUIZHPI, an alien, a citizen and native of Ecuador, having been previously removed

from the United States, was thereafter found present in the Western District of New York on or about September 26, 2025, without prior authorization or approval from the Attorney General of the United States or the Secretary of the Department of Homeland Security.

_____
Matthew H. Rado
Special Agent
Homeland Security Investigations

*Digitally signed by MATTHEW H RADO Date: 2025.09.26 14:54:33 -04'00'*

Sworn and subscribed to me telephonically this 26th day of September 2025.

_____
HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE